UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAY T.,<br><br>                Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                Defendant. | Case No.: 20cv2257-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3.]** |

      On November 19, 2020, plaintiff Steven Ray T. commenced an action against Andrew M. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with the Complaint *in forma pauperis*. [Doc. No. 3.]

      A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

/ / /

| | |
|---|---|
| 1 | A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v.*
| 2 | *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is adequate
| 3 | if it shows that the applicant cannot pay the fee "and still be able to provide himself [or
| 4 | herself] and dependents with the necessities of life."  *Id*.  (internal quotations omitted).
| 5 | Here, plaintiff's Application indicates he is unemployed and has no income.  He
| 6 | does have a modest savings account and owns two older model vehicles.  [Doc. No. 3,
| 7 | pp. 1-3.]  Therefore, the Court finds that plaintiff has sufficiently shown he lacks the
| 8 | financial resources to pay the filing fee.  Accordingly,
| 9 | IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his
| 10 | Complaint *in forma pauperis* is GRANTED. [Doc. No. 3.]
| 11 | Dated:  June 21, 2021

Hon. Karen S. Crawford
United States Magistrate Judge